UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE I. ROBERTS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK; MR. HERNANDEZ,<br><br>                    Defendants. | 22-CV-0127 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 10, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 10, 2022
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge